# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUN 2 2025 PM3:09
FILED-USDC-CT-HARTFORD

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Anna Sullivan

v.

- United States Government
- State of Connecticut
- Hartford Police
- Connecticut National Guard
- West Hartford Police
- Connecticut Police
- FBI
- Secret Service

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. __Anna Sullivan__ is a citizen of __Connecticut__ who
   (Plaintiff)                                    (State)
   presently resides at __211 Girard Ave Hartford, CT 06105__.
                              (mailing address)

2. Defendant __United States__ is a citizen of __Washington D.C.__
            (name of first defendant)                    (State)
   whose address is __1600 Pennsylvania NW Washington, D.C. 20500__

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:

_____           _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____           Printed Name
Printed Name                        Anna Sullivan

( )                                 860 692-4147
Attorney's full address and telephone   Plaintiff's full address and telephone

Email address if available          Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford, CT__ on __5/30/25__.
              (location)              (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5